1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GEORGE HAMILTON,

11              Plaintiff,                        No. 2: 11-cv-1166 KJN P

12         vs.

13   DAVID TRISTAN, et al.,

14              Defendants.                       <u>ORDER</u>

15   _____/

16              Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action

17   pursuant to 42 U.S.C. § 1983.[1]  In his complaint, plaintiff alleges violations of his civil rights by

18   defendants.  The gravamen of the alleged violations took place in Kings County, which is part of

19   the Fresno Division of the United States District Court for the Eastern District of California.  <u>See</u>

20   Local Rule 120(d).

21              Pursuant to Local Rule 120(f), a civil action which has not been commenced in

22   the proper division of a court may, on the court's own motion, be transferred to the proper

23   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24   court.

25   _____

26        [1]  Plaintiff has not filed an application to proceed in forma pauperis or paid the filing fee.

1     Good cause appearing, IT IS HEREBY ORDERED that:

2      1.  This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4      2.  All future filings shall reference the new Fresno case number assigned and

5 shall be filed at:

6      United States District Court
         Eastern District of California
7      2500 Tulare Street
         Fresno, CA 93721

8

9 DATED:  May 16, 2011

10

11

12        KENDALL J. NEWMAN
           UNITED STATES MAGISTRATE JUDGE

13 ham1166.22

14

15

16

17

18

19

20

21

22

23

24

25

26